COURTESY COPY
ORIGINAL FILED BY ECF

David R. Hock
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036-6976
212-356-0220
Attorneys for Plaintiffs

RECEIVED

JUN 10 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------ x

PRODUCTION SERVICE & SALES DISTRICT COUNCIL PENSION FUND AND ITS BOARD OF TRUSTEES,

                Plaintiffs,

vs.

STERLING MANOR, INC., BROADWAY HEALTHCARE MANAGEMENT, L.L.C., H.W. WEIDCO/STER LLC, H.W. WEIDCO/REN LLC, AND OCEANA REHAB AND NURSING LLC,

                Defendants.

------------------------------------------------------------ x

DOCUMENT ELECTRONICALLY FILED

Civil Action No.
14-cv-00532 (JAP) (TJB)

## DEFAULT JUDGMENT

This action having been commenced by the filing of the Complaint; a copy of the Summons and Complaint having been served on Defendants on February 7, 2014 by personal service; proof of service having been filed with the Court on February 20, 2014; the Defendants not having answered the Complaint; and the time for answering the Complaint having expired; the Defendants' default having been entered; the default being willful because of the failure of Defendants to answer, prejudicial to the plaintiff in light of the statutory policy favoring the efficacious resolution of collection actions by employee benefit funds under ERISA; and the Defendants lacking a meritorious defense;

1

NOW, upon application of plaintiff and upon the Declaration of Glen Shaffer and the Declaration of David R. Hock, setting forth the amounts that the Company is indebted to plaintiffs, it is hereby

ORDERED, ADJUDGED AND DECREED that

The Defendants are liable for and shall pay the amount of $317,021.48 in damages to plaintiffs, which amount represents withdrawal liability, interest, liquidated damages, and attorney's fees and costs incurred in connection with this proceeding, as follows:

(a) $250,344.00 in withdrawal liability; and

(b) $11,172.89 in interest at the rate of 9% per annum on all remaining withdrawal liability amounts from the date of accrual to April 7, 2014; and

(c) $143.02 in interest on the late paid August 1, 2013 quarterly payment received on November 25, 2013; and

(d) $50,680.80 in liquidated damages; and

(e) $5,292.75 in attorney's fees and costs for the prosecution of this action.

SO ORDERED.

Dated: June 9, '14
Trenton, New Jersey

_____
U.S.D.J.